*FILED*

*2015 OCT 29  PM 1: 17*

1  Rural Free Delivery-Pinellas County, Florida Territory

2  **United States District Court Middle District of Florida**

3  Marc-Gregory, Roach, a man,

4                    Claimant,          **Notice of Claim**

5    V.

6  Vincent T. Arrisi in his official capacity as     **CASE NO:**

7  State Registrar Office of Vital Statistics and    8:15 cv 2547 T 33 AEP

8  Registry, successors, employees, agents and

9  assigns, STATE OF NEW JERSEY offices,

10  agencies officers, employees, agents,

11  successors and assigns,

12                    Defendant

13

14

---

15                    **Notice of Claim**

16  TO: **Office of the Attorney General**     **Office of the State Registrar**     **Office of the Governor**

17    **RJ Hughes Justice Comlpex**     **Vital Statistics and Registry**     **PO Box 001**

18    **25 Market St. PO Box 080**     **PO Box 370**     **Trenton, New Jersey 08625**

19    **Trenton, New Jersey 08625-0080**     **Trenton, New Jersey 08625-0370**

20

21  **Please Take Notice** that on October 29th, 2015, Claimant, a man and one of the people of the
State of New Jersey, not to be confused with the STATE OF NEW JERSEY, a municipal

22  corporation, will move the Court to hear Claimant's original **Claim for Declaratory Judgment,**
a copy of which is included herewith and hereby served upon you.

23

24                                   Without Prejudice

25  c/o 1700 66th St. N     By: _Marc-Gregory Roach_, Claimant

26    #104124
27  St. Petersburg Florida          1          Marc-Gregory, Roach.,

28

---

Claim for Declaratory Judgment

TRA -33052
       $400

1  **Affidavit of Mailing.**

2

3

4  \*\*\*Acceptance of Terms and Conditions By Recipient is Acknowledged by Evidence of Delivery Thereto\*\*\*

5       I, the undersigned declare under penalty of perjury without the "United States" that the

6  Original and one (1) duplicate copy of this Instrument was delivered to the Office of the Clerk of

7  the United States District Court Middle District of Florida and a copy of this Instrument was

8  delivered to the Defendant via First Class United States Certified and/or Registered Mail at the

9  addresses listed below;

10  All Rights Reserved, Without Prejudice

11       By: _Marc-Gregory, Roach_ , Affiant.

12       Printed Name: <u>Marc-Gregory, Roach.</u>

13

14

15

16

17

18  **Delivered To:**

19  Office of the Attorney General

20  John Jay Hoffman (or current holder of said Office)

21  **RJ Hughes Justice Comlpex**

22  **25 Market St. PO Box 080**

23  **Trenton, New Jersey 08625-0080**

24  **Certified/Registered Mail Number:** 7015 0640 0003 7238 5142

25

26

27       2

28

Claim for Declaratory Judgment

1

2

3  Office of State Registrar of Vital Statistics and Registry

4  Vincent T. Arrisi (or current holder of said Office)

5  PO Box 370

6  Trenton, New Jersey 08625-0370

7  **Certified/Registered Mail Number:** 7015 0640 0003 7238 5159

8

9

10

11

12

13

14  Office of the Governor

15  Chris Christie (or current holder of said Office)

16  PO Box 001

17  Trenton, New Jersey 08625

18  **Certified/Registered Mail Number:** 7015 0640 0003 7238 5166

19

20

21

22

23

24

25

26

27  3

28

Rural Free Delivery-Pinellas County, Florida Territory

## United States District Court Middle District of Florida

| | |
|---|---|
| Marc-Gregory, Roach, a man, | **Claim For Declaratory Judgment** |
| Claimant, | **CASE NO:** |
| V. | |
| Vincent T. Arrisi in his official capacity as | |
| State Registrar Office of Vital Statistics and | |
| Registry, successors, employees, agents and | |
| assigns, STATE OF NEW JERSEY offices, | |
| agencies officers, employees, agents, | |
| successors and assigns, | |
| Defendant | |

### Claim For Declaratory Judgment

**COMES NOW,** Marc-Gregory, Roach., a man and one of the people of the State of New Jersey, not to be confused with the STATE OF NEW JERSEY, a municipal corporation, hereby makes a claim against Defendants  in his official capacity as the State Registrar office  of Vital,Statistics and Registry, successors, employees, agents, and assigns, and the State of New Jersey, successors, employees, agents, and assigns and the United States, as follows:

**I.        Preliminary Statement.**

1. Claimant brings this action seeking declaratory and injunctive relief for the determination of the construction of a written instrument, and a declaration of the rights and status of the parties interested.
2. Claimant seeks a determination of the construction of written instrument and Claimant's status, legal relationship to, rights, duties and obligations concerning same.
3. That the written instrument that Claimant is seeking judicial determination on is a certain Certificate of Live Birth (COLB), issued by the State of New Jersey on September 23rd, 1965 and registered with the State Registrar of Vital Records on September

4

28th, 1965 with a state file number of: 765 upon the occurrence of the live birth of Claimant in the State of New Jersey in accordance with article 8 of the New Jersey Administrative code.

4. It is the Claimant's understanding that Claimant, as a man, and one of the people of the State of New Jersey, not to be confused with the STATE OF NEW JERSEY, a municipal corporation has certain fundamental rights, privileges and immunities guaranteed by the New Jersey Constitution, Article I, Sections 1 through 8 and Article IV, Section 2, and Amendments 1, 4, 9 and 10 of the Constitution of the United States.

5. As such, Claimant is unsure and uncertain as to his status, legal relationship, rights, duties and obligations to the State of New Jersey and the United States, successors, agents, employees, assigns with regard to COLB and State of New Jerseys' and the United States' successors, agents, employees, assigns rights, duties and obligations due to Claimant with regard to same.

6. That a true and correct copy of COLB, duly certified by the custodian of record, Office of Vital Statistics and Registry is hereby attached and incorporated herein as if fully restated by this reference as Attachment "A".

7. Mandatory Judicial Notice of the foregoing and Attachment "A" shall be taken under the Federal Rules of Civil Procedure Rule 201(a),(b)(2)(c)(2), (d) and Federal Rules of Civil Procedure Rule 902(8).

8. It is the Claimant's understanding that Claimant has certain fundamental rights, liberties, privileges and immunities guaranteed by the New Jersey Constitution and the Constitution of the United States. This is apparently not true **because nobody treats me that way** so Claimant files this claim as I am unsure and uncertain as to my status in my legal relationship to the State of New Jersey successors, agents, employees and assigns.

## II.        Parties.

9. Claimant is a man, born legitimately and not of unknown parentage, a child of Constance Jean Sloat, and Daniel Francis Roach, jr on September 23rd, 1965.

10. Claimant was born in the geographical boundaries of the State of New Jersey and Essex County and as such has a New Jersey Certificate of Live Birth and as such is a non-citizen national of the United States at birth in accordance with International Law. (Also See Section 308 of the Immigration and Nationality Act)

11. Claimant is an interested party as the Executor for the 'legal estate', the creation and existence of same as evidenced by COLB (Attachment "A").

12. Defendant Vincent T, Arrisi is the State Registrar of Vital Statistics and Registry who is charged with the duty and obligation of administrating the New Jersey Vital Records Act.

13. Defendant STATE OF NEW JERSEY, successors, agents, employees and assigns is the creator of the Office of the State Registrar of Vital Statistics and Registry, and a Municipal Corporation, political subdivision of the "United States" created under the

authority of Section 28 of "An Act to provide a government for the District of Columbia" of February 25th, 1871 and at all times herein mentioned was a resident of Washington District of Columbia, operating within the geographical boundaries of the State of New Jersey and Essex County.

## III.    Jurisdiction.

14. This Court has jurisdiction over the subject matter under the authority of the Constitution of the United States and at 28 USC ch. 151 sec 2201, 2202.

15. The Claimant accepts personal jurisdiction in this matter, under the authority of the same, for the express and specific purpose of determining Claimant's status, legal relationship to, rights, duties and obligations with regard to COLB and for no other purpose.

## V.    Statement of Truths and Facts.

16. Claimant incorporates paragraphs 1 through 15 as if fully re-stated here by this reference.

17. It is the Claimant's understanding based on information and belief that Claimant is a man and one of the 'people of the State of New Jersey, not to be confused with the STATE OF NEW JERSEY, a municipal corporation, and as such by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness.

18. It is the Claimant's understanding based on information and belief that Claimant has completed his eighteenth year attained the age of majority according to ecclesiastic canons, and is acting Sui Juris possessing no legal disability, competent to handle his own affairs, and entitled to the full exercise of his rights. (Can. 97 §1. A [physical] person [man] who has ***completed the eighteenth year of age has reached majority***; below this age, a person is a minor.§2. A minor before the completion of the seventh year is called an infant and is considered not responsible for oneself (*non sui compos*). With the completion of the seventh year, however, a minor is presumed to have the use of reason. Can. 98 §1. A [physical] person [man] who has reached ***majority*** has the full exercise of his or her rights) (Source: Code of Ecclesiastical Canons) (emphasis added)

19. That there is an actual controversy between the parties in that Defendant believes that Claimant has a legal relationship with COLB that obligates Claimant to perform and/or incur any liability for the "legal person" and/or "infant estate" created and evidenced by COLB and Claimant believes that he has a legal relationship with COLB that does NOT obligate him to perform and/or incur any liability. Additionally Claimant believes that Defendant's, and each and every one of them, claims, presumptions, asservations, and assertions to the contrary are currently interfering and will potentially interfere with Claimant's exercise of his natural inherent and inalienable rights as secured by the New Jersey Constitution.

Claim for Declaratory Judgment

20. That this an ongoing actual controversy between the parties that directly interferes with and affects, and effects the free and independent exercise of Claimant's natural inherent and inalienable rights, privileges and immunities.

21. It is Claimant's understanding based upon information and belief that the COLB is evidence of the creation and existence of a "legal person" and/or "infant estate" by Defendant and each and every one of them, for the exclusive benefit and use of Claimant during Claimant's lifetime and evidence of a legal relationship between Claimant and Defendant akin to the relationship between a Beneficiary and a Trustee of a Trust.

22. As such, It is Claimant's understanding based upon information and belief that the COLB evidences a "person" of Claimant, which is Claimant's "property" in which the right to be secure in same is protected and guaranteed by the Constitution of the United States.

23. It is Claimant's understanding based upon information and belief that these inherent and inalienable rights are secured along with the protection of property by The unanimous Declaration of the thirteen united States of America, which states; -All **_men_** are **_by nature free and independent and have certain inherent and inalienable rights among which are life, liberty and the pursuit of happiness_**. To **_secure these rights and the protection of property_**, **_governments are instituted_** among **_men, deriving their just powers_** from the **_consent of the governed_**." (Source: The unanimous Declaration of the thirteen united States of America) (emphasis added).

24. It is Claimant's understanding based upon information and belief that Claimant, as a man and one of the people of the State of New Jersey, has the right to be secure in his person, houses, papers and other possessions against unreasonable searches, seizures, invasions of privacy or interceptions of communications by eavesdropping devices or other means.

25. It is Claimant's understanding based upon information and belief that the above stated rights of Claimant are secured at Amendment 4 of the Constitution of the United States, which states;" **SEARCHES, SEIZURES,** -The **_people_** **_shall have the right to be secure in their persons, houses, papers and other possessions against unreasonable searches, seizures._** No warrant shall issue without probable cause, supported by affidavit particularly describing the place to be searched and the persons or things to be seized." (Source: Constitution of the United States.) (emphasis added)

26. It is Claimant's understanding based upon information and belief that the said rights of Claimant so secured are duties and obligations of the Defendant to secure and protect, under the foregoing authorities.

7

**VI.**          **Count 1: Judicial Determination of the Construction of COLB.**

27. Claimant incorporates paragraphs 1 through 26 as if fully re-stated here by this reference.

28. Claimant seeks judicial determination, in the form of a Declaratory Judgment concerning the Construction of COLB as follows;

29. Claimant asks the Defendant's and each and every one of them to admit or deny and the Court to determine the following questions of fact with regard to the construction of the COLB;

      a.)     For what specific purpose(s) was the COLB was created? And;

      b.)     Why does the COLB exist if Claimant's paternity has been established on the record in accordance with Article 8 of the New Jersey Administrative code? And;

      c.)     Was the COLB created from a result of the Defendant and each and every one of them assuming control and custody of an infant's estate who's mother and father did not fill out a state declaration of paternity or a acknowledgment of paternity and/or under any presumed doctrine of parens patriae? And;

      d.)     If so, that Defendants and each and every one of them produce admissible evidence that the Claimant is a foundling and/or born of unknown parentage and subject to any parens patriae doctrine and/or public trust doctrine? And;

      e.)     Does the COLB evidence the creation and existence of a state agency and/or "infant estate"? And if so, is the Claimant the principal of the said state agency? And if the Claimant is the principal of the said state agency, do the Defendants and each and every one of them, have the right to compel Claimant to operate said state agency, the said "legal person" and/or "infant estate" created by Defendants and each and every one of them, and evidenced by COLB? And;

      f.)     Why, if Claimant is alleged to be a contracting party on the COLB, why does Claimant's signature not appear on COLB and why is it that Claimant is not allowed to inspect and/or receive the Original COLB without a Court order? Assuming arguendo, that if Claimant has any legal relationship to COLB obligating Claimant in any manner whatsoever to Defendant, why would Claimant need to seek a court order to view an Original Instrument that he is a party of?

**VII.         Count 2: Judicial Determination of Claimant's Status, Legal Relationship, Rights, Duties and Obligations to Defendant.**

30. Claimant incorporates paragraphs 1 through 29 as if fully re-stated here by this reference.

31. Claimant seeks judicial determination of the following, in the form of a Declaratory Judgment concerning the Claimant's status, legal relationship, rights, duties and obligations to Defendant;

32. That the Claimant's status is that of a man, one of the people of the State of New Jersey, entitled to exercise and enjoy the rights, religious freedoms, privileges and immunities secured by the New Jersey Constitution and the Constitution of the United States.

33. That the Claimant has no legal relationship with Defendant based upon COLB other than that between a beneficiary and its Trustee of an express trust and as such, has no duty or obligation to Defendant whatsoever.

34. That the COLB evidences the creation and existence of a "legal person" which is "property" of Claimant as a man and one of the people of the State of New Jersey and is entitled to the right to exercise his natural inherent and inalienable rights with regard to same without interference and/or intervention of Defendant as secured by the New Jersey Constitution.

35. That the COLB does not create any obligation and/or duty of Claimant due Defendant to perform and/or incur any/all liability with regard to the COLB.

**VIII.         Count 3: Judicial Determination of Claimant's Status, Legal Relationship To, Rights, Duties and Obligations to Claimant.**

36. Claimant incorporates paragraphs 1 through 35 as if fully re-stated here by this reference.

37. Claimant seeks judicial determination of the following, in the form of a Declaratory Judgment concerning the Defendant's legal relationship, duties and obligations to Claimant.

38. That Defendant has an obligation to Claimant to secure Claimant's rights, religious freedoms, privileges and immunities as guaranteed by the New Jersey Constitution and the Constitution of the United States.

39. That the COLB is evidence of said obligation to Claimant.

40. That Claimant is the beneficiary of the "legal person" and/or "legal estate" created by the COLB and that Defendant has a fiduciary responsibility to Claimant based on same.

41. That the "legal person" and/or "legal estate" created by COLB is a creation of the Defendant and as such the Defendant is obligated to perform and/or incur any/all liability on behalf is creation, at the sole and absolute discretion of Claimant.

9

**IX.           Count 4: Injunctive Relief enjoining Defendant From Interfering With Claimant's Exercise of His Natural, Inherent, Inalienable Rights, Religious Freedoms, Liberties, Privileges and Immunities.**

42. Claimant incorporates paragraphs 1 through 41 as if fully re-stated here by this reference.

43. Claimant seeks injunctive relief, in the form of a Declaratory Judgment enjoining the Defendant from interfering with the Claimant's exercise of his natural, inherent and inalienable rights, religious freedoms, privileges and immunities as secured by the New Jersey Constitution and the Constitution of the United States

**X.           Redress Requested.**

**Wherefore** Claimant's wish and is hereby requested that this court issue an Order, in the form of a Declaratory Judgment providing judicial determination of the following;

1. The construction of the COLB, and;
2. The status, legal relationship to, rights, duties and obligations of Claimant to Defendant with regard to COLB, and;
3. The legal relationship to, rights, duties and obligations of Defendant to Claimant with regard to COLB, and;
4. An Injunction enjoining Defendant from interfering with Claimant's exercise of his natural, inherent, inalienable rights, religious freedoms, privileges and immunities as secured by the New Jersey Constitution and the Constitution of the United States.

**XI.           Verification**

1. I, the undersigned hereby state that I have firsthand knowledge of all of the facts as stated herein and am competent to testify to matters as such and;
2. That anything stated herein based off of information and belief, I believe the information to be true to the best of my knowledge and;
3. That this Verification is made under the penalty of perjury without [the] "United States" in accordance with 28 USC 1746;

Done this 29th day of October 2015 under penalty of perjury without [the] "United States" at Pinellas County, Florida

Witness My Hand and Seal Below

Without Prejudice

By: _Mun-Gumpay, Kursh_ , Claimant

10

Claim for Declaratory Judgment

**XII.          Affidavit of Mailing.**

***Acceptance of Terms and Conditions By Recipient is Acknowledged by Evidence of Delivery Thereto***

     I, the undersigned declare under penalty of perjury without the "United States" that the Original and one (1) duplicate copy of this Instrument was delivered to the Office of the Clerk of the United States District Court Middle District of Florida and a copy of this Instrument was delivered to the Defendant via First Class United States Certified and/or Registered Mail at the addresses listed below;

All Rights Reserved, Without Prejudice

By: _____, Affiant.

Printed Name: Marc-Gregory, Roach.

**Delivered To:**

Office of the Attorney General

John Jay Hoffman (or current holder of said Office)

**RJ Hughes Justice Comlpex**

**25 Market St. PO Box 080**

**Trenton, New Jersey 08625-0080**

**Certified/Registered Mail Number:** 7015 0640 0003 7238 5142

11

1

2

3

4   Office of State Registrar of Vital Statistics and Registry

5   Vincent T. Arrisi (or current holder of said Office)

6   PO Box 370

7   Trenton, New Jersey 08625-0370

8   **Certified/Registered Mail Number:** 7015 0640 0003 7258 5159

9

10

11

12

13

14

15   Office of the Governor

16   Chris Christie (or current holder of said Office)

17   PO Box 001

18   Trenton, New Jersey 08625

19   **Certified/Registered Mail Number:** 7015 0640 0003 7258 5166

20

21

22

23

24

25

26

27                                        12

28

**Attachment "A"**

**CERTIFICATE OF LIVE BIRTH (COLB)**

13

*APOSTILLE*

*(CONVENTION DE LA HAYE DU 5 OCTOBRE 1961)*

1.  COUNTRY:  UNITED STATES OF AMERICA

2.  THIS PUBLIC DOCUMENT HAS BEEN SIGNED BY:

    VINCENT T ARRISI

3.  ACTING IN THE CAPACITY OF:

    STATE REGISTRAR

4.  BEARS THE SEAL/STAMP OF:

    STATE OF NEW JERSEY

CERTIFIED

5.  AT TRENTON, NEW JERSEY

6.  THE 9TH  DAY OF SEPTEMBER 2015

7.  BY: Robert A Romano
        Acting State Treasurer

8.  NO:  A559152

9.  SEAL/STAMP:                10.  SIGNATURE



Certificate Number: 137226847
Verify this certificate at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

# STATE OF NEW JERSEY

A0011092414

# CERTIFICATE OF BIRTH

Name of Child
(First, Middle, Last): **MARC GREGORY ROACH**

Maiden Name of Mother (First, Middle, Last): **CONSTANCE JEAN SLOAT**

Name of Father (First, Middle, Last): **DANIEL FRANCIS ROACH, JR**

Sex: **MALE**

Date of Birth (Month/Day/Year): **1965**

Time of Birth (if available): **4:14 AM**

Birthplace (City/County): **LIVINGSTON/ESSEX**

File Number: **765**

Date Filed: **SEPTEMBER 28, 1965**

Date Amended (if applicable): **N/A**

Date Issued: **SEPTEMBER 02, 2015**

Issued By: **LIVINGSTON TOWNSHIP**

**ROSE S VIRGADAMO, LOCAL REGISTRAR**

This is to certify that the above is correctly copied from a record on file in my office.

*Certified copy not valid unless the raised Great Seal of the State of New Jersey or the seal of the issuing municipality or county, is affixed hereon.*



Vincent T. Arrisi
State Registrar
Office of Vital Statistics and Registry



REG-42A
JUN 14



THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY

THIS DOCUMENT CONTAINS A UNIQUE STATE OF NJ WATERMARK HOLD AT LIGHT TO VERIFY

THIS DOCUMENT HAS MULTIPLE SECURITY FEATURES TO DETER FRAUD; VOID IF ALTERED

**Attachment "B"**

**CLAIM OF LANDLORDS LIEN FOR RENT AND ADVANCES**

$27.00    KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY
DEPUTY CLERK: CLKPR03

**Prepared By and Return To:**

Roach, Marc-Gregory
In care of: 8028 23rd ave north
St. Petersburg, Florida 33710

Space Above For Recorders Use Only

## CLAIM OF LANDLORD'S LIEN FOR RENT AND ADVANCES

### (Fla. Stat. Ann. §§ 83.08, 83.11-83.19, §§ 83.10-83.19 (2008))

Notice is hereby given the Roach, Marc-Gregory, a man (heretofore and hereinafter
referred to as the-"landlord") claims landlord's lien for rent and advances against
the United States (and/or UNITED STATES) and all states, political subdivisions,
municipalities, political subdivisions, corporations, trusts, associations,
organizations, public utilities, public accommodations, offices, agencies, sub-
corporations, lessees, successors, officers, employees, agents and assigns
(hereinafter referred to as the -"lessee") on all property on the premises of the
landed legal estate titled: MARC GREGORY ROACH, State of New Jersey File No.: 765
and any/all derivatives therefrom and thereof for unpaid rent due landlord upon all
agricultural products, crops, and other property, advances upon all crops or articles
advanced, and all articles purchased with money and or securities so advanced to
lessee (hereinafter referred to as the -"property").
That the said start date of the lease to lessee was 23rd day of September, 1965 and
that the amount claimant demands for said rent due claimant is One Hundred
Million United States Dollars ($100,000,000.00 USD) lawful money of account of the
United States that no part thereof has been paid, and that there is now due and
remaining unpaid thereon, after deducting all just credits and offsets, the sum of
One Hundred Million United States Dollars ($100,000,000.00 USD) lawful money of
account of the United States in which amount he claims a lien upon said property.

This lien shall attach on all property kept in the premises from the date of execution
as listed below Nunc Pro Tunc to September 28th, 1965 on all property in possession
of landlord and shall attach to all property not kept on the premises when a distress
warrant is levied on the same.

This lien shall be superior to all other liens, and shall be superior to any/all lien(s)
arising after the property is brought onto the premises.

(execution page follows)

I, the undersigned, being first duly sworn, (and or affirmed) say that I am the Claimant and/or the authorized agent thereof, named in the foregoing claim; that I have heard the same read, and know the contents thereof, and believe the same to be true.

Executed this _14th_ day of September 2015 at Pinellas County, Florida under penalty of perjury without the "United States"

By: _____ (Lien Claimant).
　　in care of: 8028 23rd ave north, St. Petersburg, Florida 33710

State of Florida
County of Pinellas
The foregoing Instrument was acknowledged
Before me this _14th_ day of _September_
_2015_ by _MARC GREGORY ROACH_
( ✓ ) Personally known
( ) ID _____
who did/did not take oath
Seal _____ Notary Public

Notary Public State of Florida
Gabrielle L Clark
My Commission EE123961
Expires 11/07/2015

**Affidavit of Mailing.**

I, the undersigned declare under penalty of perjury without the "United States" that the Original and one (1) duplicate copy of this Instrument was delivered to the Office of the Clerk of the Circuit Court of Pinellas County, Florida and a copy of this Instrument was delivered to the lessee(s) via First Class United States Certified and/or Registered Mail at the addresses listed below;

All Rights Reserved, Without Prejudice

By: _____ Affiant.

Printed Name: Roach, Marc-Gregory

**Delivered To:**

Office of the Secretary of State
State of Florida
500 S. Bronough st
Tallahassee, Florida 32399

**Certified/Registered Mail Number:** 7015 0640 0000 4425 6275

Office of Secretary of State
State of New Jersey
225 W.State st
Trenton New Jersey, 08608

**Certified/Registered Mail Number:** 7015 0640 0000 4425 9244

Office of Treasurer
Department of the U.S. Treasury
1500 Pennsylvania Avenue NW, Room 2134
Washington, District of Columbia 20220

**Certified/Registered Mail Number:** 7015 0640 0000 4425 6237

Office of the Mayor
District of Columbia
Attn: Unclaimed Property Department
6, 1350 Pennsylvania Ave NW
Washington, DC, 20004

**Certified/Registered Mail Number:** 7015 0640 0000 4425 6251

MORRES. LARNG, EVANS
BROCK + REENNEDY
RYAE OHLENSCHLAGER

505 S Flagler Dr #900
West Palm Beach Florida
33401

Cert mail #
7015 0640 0000 4425 6268

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
____ day of ____, 20 15
KEN BURKE
Clerk of Circuit Court & Comptroller
By: ____ Deputy Clerk