UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No.: 8:15-cv-02547-VMC-AEP

Marc-Gregory Roach,

    Plaintiff,

v.

Vincent T. Arrisi, in his official capacity as
State Registrar Office of Vital Statistics and
Registry, successors, employees, agents and
Assigns and State of New Jersey offices,
Agencies Officers, employees, agents,
successors and assigns,

    Defendants.
_____/

## **DEFENDANTS' MOTION TO DISMISS CASE WITH PREJUDICE**

Defendants, VINCENT T. ARRISI, in his official capacity as State Registrar Office of Vital Statistics, and the STATE OF NEW JERSEY, by and through their undersigned counsel and pursuant to Local Rule 3.01[1], hereby file this *Motion to Dismiss Case with Prejudice* for failure to comply with this Court's January 7, 2016 Order, and support thereof state as follow:

    1.    On October 29, 2015, Plaintiff filed his Sovereign Citizen Complaint (Doc. #1) against the Defendants seeking $100 million as a result of the State of New Jersey's issuance of his birth certificate.

    2.    On December 10, 2015, Defendants filed their Motion to Dismiss (Doc. #9).

---

[1] Pursuant to Local Rule 3.01(g) a Certificate of Good Faith Conference is not needed on a Motion to Dismiss.

3. On January 7, 2016, this Court entered an Order granting Defendants' Motion to Dismiss without Prejudice (Doc. #22).

4. Pursuant to the Court's Order,

> The Court will allow Roach until and including February 8, 2016 to file an Amended Complaint.
>
> In the instance that Roach fails to file his Amended Complaint as detailed above, the case will be subject to dismissal with prejudice without further notice.

5. As of the date of filing this Motion, Plaintiff has not filed an amended complaint, thus subjecting this matter to dismissal with prejudice.

WHEREFORE, Defendants, VINCENT T. ARRISI, in his official capacity as State Registrar Office of Vital Statistics, and the STATE OF NEW JERSEY, respectfully requests that this Court dismiss this case with prejudice, together with such other relief that it deems just and proper.

Respectfully submitted,

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN, P.A.

By: /s/ Robert Garcia
ROBERT GARCIA, ESQ.
Florida Bar No. 0043943
Landmark Center One
315 E. Robinson Street, Suite 550
Orlando, FL 32801-2719
Telephone:   407-420-4380
Telecopier:   407-839-3008
 E-Mail:       rrgarcia@mdwcg.com
               dtbroxson@mdwcg.com
Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2016 I electronically filed the foregoing with the Clerk of Court by using CM/ECF system which will send a copy of the Notice of Electronic Filing to the following Marc-Gregory Roach, PRO SE.

/s/Robert Garcia
Attorney

LEGAL/103749726.v1