UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARC-GREGORY ROACH,

    Plaintiff,

v.                                Case No. 8:15-cv-2547-T-33AEP

VINCENT T. ARRISI, in his
official capacity as State
Registrar Office of Vital
Statistics and Registry,
successors, employees,
agents and Assigns and
State of New Jersey
offices, Agencies Officers,
employees, agents,
successors and assigns,

    Defendants.
_____/

## ORDER

This matter comes before the Court sua sponte and upon Defendants' Motion to Dismiss Case with Prejudice (Doc. # 29). For the reasons stated herein, this case is **dismissed without prejudice**.

## Discussion

On October 29, 2015, pro se Plaintiff Marc-Gregory Roach filed a "Claim for Declaratory Judgment," which this Court construed as a complaint. (Doc. # 1). On December 10, 2015, Defendants filed a Motion to Dismiss pursuant to Fed. R. Civ.

1

P. 12(b). (Doc. # 9). Roach failed to timely file a response to Defendants' Motion to Dismiss. Under the Federal Rules of Civil Procedure and Local Rules of the Middle District of Florida 3.01(b), Roach had fourteen days plus three days for mailing to file a response to the Motion to Dismiss. Roach's response was due December 27, 2015. Yet Roach failed to respond.

On December 31, 2015, the Court issued an Order explaining to Roach that the deadline to respond to Defendants' Motion to Dismiss had passed. (Doc. # 17). Nevertheless, the Court directed Roach to respond to the Motion verbally at the hearing held on January 7, 2016. (Id.). In the December 31, 2015, Order, the Court stated "Roach is warned that this is his last chance to respond to Defendants' Motion to Dismiss." (Id.).

The Court held the hearing on January 7, 2016; however, Roach declined to respond to Defendants' Motion to Dismiss, stating he was not prepared to do so. On January 7, 2016, the Court then issued an Order granting Defendants' Motion to Dismiss. (Doc. # 22). The January 7, 2016, Order gave Roach leave to file an Amended Complaint on or before February 8, 2016, and advised that "[i]n the instance that

Roach fails to file his Amended complaint as detailed above, this case will be subject to dismissal with prejudice without further notice." (<u>Id.</u> at 8).

As of February 9, 2016, Roach has failed to file an Amended Complaint. On the same date, Defendants filed their pending Motion to Dismiss Case with Prejudice (Doc. # 29). In their Motion, Defendants argue this case should be dismissed with prejudice because Plaintiff has failed to file an Amended Complaint as directed by the Court. Although the January 7, 2016, Order read "with prejudice," in an abundance of fairness, the Court dismisses this case without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendant's Motion to Dismiss the Case with Prejudice (Doc. # 29) is **granted** to the extent provided herein.
(2) Plaintiff Marc-Gregory Roach's case is **DISMISSED without prejudice.**
(3) The Clerk is directed to close this case.

3

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 10th day of February, 2016.

*/s/ Virginia M. Hernandez Covington*
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE